USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA SAWYER AND JOSEPH
ROBERTS, *individually and on behalf of all
others similarly situated*,

                            Plaintiffs,

              v.

SIRIUS XM RADIO, INC.,

                            Defendant.

No.  21-CV-176 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that, by April 9, 2021, the parties submit a joint letter, not to exceed five (5)

pages, providing the following information in separate paragraphs:

1.      A brief description of the nature of the action and the principal defenses thereto;

2.      A brief explanation of why jurisdiction and venue lie in this Court.  If any party
        is a corporation, the letter shall state both the place of incorporation and the
        principal place of business.  If any party is a partnership, limited partnership,
        limited liability company or trust, the letter shall state the citizenship of each of
        the entity's members, shareholders, partners and/or trustees;

3.      A brief description of all contemplated and/or outstanding motions;

4.      A brief description of any discovery that has already taken place, and/or that
        which will be necessary for the parties to engage in meaningful settlement
        negotiations;

5.      A brief description of prior settlement discussions (without disclosing the
        parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing
        the case to settlement or trial, including, but not limited to, a description of any
        dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by April 9, 2021, the parties jointly submit to the

Court a proposed case management plan and scheduling order.  A template for the order is available at

https://nysd.uscourts.gov/hon-ronnie-abrams.  The status letter and the proposed case management

plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF)

Rules & Instructions, which were updated on April 1, 2020, and are available at

https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that counsel for all parties appear for an initial status

conference on April 16, 2021 at 10:00 a.m.  This conference will be held via telephone.  The parties

shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-

4749; Access Code: 1015508.  This conference line is open to the public.

Plaintiffs are ordered to serve Defendant with a copy of this order and to file an

affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:     January 19, 2021
           New York, New York

Ronnie Abrams
United States District Judge