UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA SAWYER, et al.

    Plaintiffs,

-against-

SIRIUS XM RADIO INC.,

    Defendant.



21-CV-176 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Pursuant to the Court's Order Scheduling Initial Case Management Conference dated April 13, 2021 (Dkt. No. 14), the parties were directed to file a pre-conference statement no later than May 10, 2021. Although that deadline has now passed, no pre-conference statement has been filed. The parties shall do so no later than **May 13, 2021**.

Dated: New York, New York
       May 11, 2021

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**