

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA SAWYER, et al.

        Plaintiffs,

-against-

SIRIUS XM RADIO INC.,

        Defendant.

21-CV-176 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at today's telephonic status conference, the Court will conduct a follow-up status conference on **December 1, 2021, at 10:00 a.m.,** in-person, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.[1] No later than **November 24, 2021**, the parties shall submit a joint letter, updating the Court on the progress of discovery and advising whether the parties believe a judicially-supervised settlement conference would be productive.

Dated:  New York, New York
         September 13, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The parties may file a letter-motion requesting that the conference be converted to a telephonic proceeding if public health conditions worsen or if there are no discovery disputes.