November 23, 2021

<u>VIA ECF</u>

The Honorable Barbara Moses Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021

MEMO ENDORSED

Re:   *Sawyer et al. v. Sirius XM Radio Inc.*,
      <u>No. 1:21-cv-00176-RA-BCM (S.D.N.Y.)</u>

Dear Judge Moses:

    Our firm represents Plaintiffs Victoria Sawyer and Joseph Roberts ("Plaintiffs") in the above-referenced case. Pursuant to Your Honor's September 13, 2021 Order (dkt. 25), I write to request permission to appear at the December 1, 2021 status conference by telephone. Given the rising Covid-19 rates in Colorado as well as the recent birth of a child, the undersigned believes good cause exists to permit his appearance by telephone. Additionally, there are no pending discovery disputes.

    The parties conferred regarding the requested relief. While Defendant's counsel plans to appear in-person for the status conference, Defendant has no objection to the requested relief.

Respectfully Submitted,

*/s/ Patrick H. Peluso*

Patrick Peluso
*Counsel for Plaintiffs Victoria Sawyer
and Joseph Roberts*

---

Application GRANTED to the extent that the status conference scheduled for December 1, 2021, will now take place over Microsoft Teams. The Court will provide counsel for the parties the Microsoft Teams link and a publicly accessible audio link in advance of the conference. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 24, 2021